UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH HELMINSKI,

        Plaintiff,

v.

GENTEX CORPORATION and
BRIAN BRACKENBURY,

        Defendants.

Case No. 1:21-cv-00340

Hon. Janet T. Neff

---

## STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE

Counsel for the parties have conferred and agree that Defendants' responsive pleadings are due on or before June 29, 2021

*/s/ Katherine Smith Kennedy (w/permission)*
Katherine Smith Kennedy (P54881)
PINSKY, SMITH, FAYETTE & KENNEDY, LLP
Attorneys for Plaintiff


Dated: May 17, 2021

*/s/ Amanda Fielder (w/permission)*
Amanda Fielder (P70180)
WARNER NORCROSS + JUDD LLP
Attorneys for Defendant Gentex Corp.


Dated: May 17, 2021


*/s/ Matthew M. O'Rourke*
Mary L. Tabin (P58910)
Matthew M. O'Rourke (P79019)
MILLER JOHNSON
Attorneys for Defendant Brian Brackenbury

Dated: May 17, 2021

## **ORDER**

IT IS ORDERED that the deadline for Defendants to file an Answer or to otherwise respond to Plaintiff's Complaint is extended to June 29, 2021.

Date: _____                    _____
                                                                            HON. JANET T. NEFF