**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ELIZABETH HELMINSKI,

    Plaintiff,

v.

GENTEX CORPORATION and
BRIAN BRACKENBURY,

    Defendants.

Case No. 1:21-cv-00340

Hon. Janet T. Neff

---

| | |
|---|---|
| Katherine Smith Kennedy (P54881)<br>PINSKY, SMITH, FAYETTE & KENNEDY, LLP<br>Attorneys for Plaintiff<br>146 Monroe Center St. NW, Suite 805<br>Grand Rapids, MI 49503<br>(616) 451-8496<br>kskennedy@psfklaw.com | Amanda Fielder (P70180)<br>Allyson Terpsma (P78553)<br>WARNER NORCROSS + JUDD LLP<br>Attorneys for Gentex Corporation<br>1500 Warner Building<br>Grand Rapids, MI 49503<br>(616) 752-2000<br>afielder@wnj.com<br>aterpsma@wnj.com<br><br>Mary L. Tabin (P58910)<br>Matthew M. O'Rourke (P79019)<br>MILLER JOHNSON<br>Attorneys for Brian Brackenbury<br>45 Ottawa Ave. SW, Suite 1100<br>Grand Rapids, MI 49503<br>(616) 831-1700<br>tabinm@millerjohnson.com<br>orourkem@millerjohnson.com |

---

### STIPULATION TO DISMISS COUNT I  AGAINST DEFENDANT BRIAN BRACKENBURY AND CORRECT CASE CAPTION

The parties, by and through their attorneys, stipulate to dismiss Count I, Gender Discrimination and Retaliation under Title VII,  against Defendant Brian Brackenbury personally

1

and individually for this Count.  The parties so stipulate because there is no individual liability under Title VII.  This dismissal is with prejudice and without costs to any party.

In addition, the parties stipulate to change the case caption to correct the name of Defendant Brian Brackenbury.  Moving forward, the caption will change "BRACKENBERRY" to "BRACKENBURY".

IT IS SO ORDERED.

DATED: _____, 2021        _____
                                                              HON. JANET T. NEFF
                                                              United States District Judge

APPROVED FOR ENTRY:

MILLER JOHNSON
Attorneys for Defendant Brackenbury


Date: September 21, 2021          By: _/s/ Mary L. Tabin_____
                                                  Mary L. Tabin (P58910)
                                          Business Address:
                                              45 Ottawa Ave, S.W., Suite 1100
                                              Grand Rapids, MI  49503
                                              616.831.1757


PINSKY SMITH FAYETTE & KENNEDY
Attorneys for Plaintiff


Date: September 21, 2021          By: _/s/ __ Kathy Smith Kennedy (w/ permission)_
                                                  Kathy Smith Kennedy (P54881)
                                             Business Address:
                                             146 Monroe Center St. NW, Suite 805
                                             Grand Rapids, MI  49503
                                             616.831.1757