# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ELIZABETH HELMINSKI,

    Plaintiff,

v

GENTEX CORPORATION, BRIAN
BRACKENBURY, personally and
individually,

    Defendants.

Case No. 1:21-cv-000340

HON. JANET T. NEFF

## DECLARATION OF KATIE ROCHE

I, Katie Roche, state that I have personal knowledge of the facts contained in this Declaration and if called to testify would state:

1. I am employed by Defendant Gentex Corporation ("**Gentex**") in the position of Human Resources Coordinator. In my position as Human Resources Coordinator, one of my job duties has been the onboarding of Gentex's new hires.

2. Gentex hired Plaintiff Elizabeth Helminski as a Senior Product Design Engineer on January 2, 2019. The next morning, I met with Ms. Helminski pursuant to Gentex's usual onboarding process. At that time, my last name was Hernandez. The meeting appointment I sent to Ms. Helminski's supervisor, Defendant Brian Brackenbury, is attached as Exhibit A-1.

3. As part of Gentex's onboarding process, I prepared in advance a folder of onboarding documents for each new hire, including Ms. Helminski. This folder contained a copy of the employee handbook ("**Handbook**") and its acknowledgment ("**Acknowledgment**"), as indicated on the checklist I used. The folder also contained a resource guide that listed contact

1

information for Human Resources as well as a link to the Gentex Intranet (referred to as **"Spark"**), where the Handbook and Gentex's Alternative Dispute Resolution Policy (**"ADR Policy"**) are made available to employees. This checklist and resource guide are attached as Exhibits A-2 and A-3, respectively.

4. As part of Gentex's onboarding process, I met with new hires in a conference room near the Human Resources area to give them the folder of onboarding documents, allow an opportunity to review them, and answer any questions they may have. I also witnessed the new hires sign any required documentation, including the Acknowledgment.

5. Pursuant to Gentex's onboarding process, I met with Ms. Helminski in a conference room near the Human Resources area, gave her the folder of onboarding documents, and witnessed Ms. Helminski sign the Acknowledgment, on January 3, 2019, as indicated by the meeting appointment and her signed Acknowledgment. Ms. Helminski's signed Acknowledgment, which was included in her personnel file and provided to Ms. Helminski's counsel on October 14, 2019, is attached as Exhibit A-4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2021.              *Katie Roche*
                                            Katie Roche

046874.197092 #22458791

2