# EXHIBIT A-1

**Terpsma, Allyson**

| | |
|---|---|
| **Subject:** | FW: Payroll Appointment |
| **Location:** | _Room, CE-1, SCM 04 Conf Rm |
| **Start:** | Thu 1/3/2019 9:00 AM |
| **End:** | Thu 1/3/2019 10:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Organizer:** | Gentex Human Resources |
| **Importance:** | High |

# Redacted for Privilege

-----Original Appointment-----
**From:** Gentex Human Resources <hr@gentex.com>
**Sent:** Thursday, December 27, 2018 2:24 PM
**To:** Gentex Human Resources; Hernandez, Katie; Brackenbury, Brian; Bradley, Rob
**Cc:** Joseph Huyge
**Subject:** Payroll Appointment
**When:** Thursday, January 3, 2019 9:00 AM-10:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** _Room, CE-1, SCM 04 Conf Rm
**Importance:** High

Hello Brian & Rob!

Here is the agenda for your new hires, Liz Helminski & Joe Huyge. They will meet with myself to go over their paperwork in the CE-1, SCM 04 Conference Room, located right by the front reception desk in CW. After this, they will get logged in to Workday and their her ID badge.

They will then meet with Traci Streeter in the CE-HR 01 Conference Room from 1:30p-2:00pm to go over their benefits.

**Please have them bring two forms of ID (driver's license + passport, social security card, birth certificate, etc.) when they meet with me.**

Please note in your calendar that they will be enrolled to attend GEM's & Safety training on Tuesday, January 8th from 11:30a-3:00pm. Lunch will **NOT** be provided.

**\*\*\*Please ensure that by the end of the day, Liz has completed her drug screen. Joe should have already completed his.**

Let me know if you have any questions!

Thanks,

Katie