# EXHIBIT A-2

- **Offer Letter (we keep)**
  - Go over specifics later if questions
  - Profit Sharing Bonus
    - Eligible for the quarter they are starting in, receive 3 weeks after end of quarter with the exception of quarter 4 (week before Christmas)
  - Insurance available on first day, 14 days to enroll-meeting with Traci afterwards
  - 401K after 60 days of employment-packet in the mail from Wells Fargo at that time
  - Employee Stock Purchase Plan after first year
- **Holiday schedule (they keep)**
  - 10 paid Holidays on top of vacation time
- **Employee Handbook + Gentex Employment Understanding (we keep signed sheet-Katie sign also)**
  - Go over Sick time (page 13) & vacation (page 15)
    - Start off with 4 weeks of sick time and accrue more after 2 years' employment, measured in 12 month period
    - Vacation accrues on anniversary date, start off with 3 weeks' vacation, start accruing 4 weeks at the beginning of year 5, can roll over a full years' vacation, able to go five days negative
- **Support Contact List (they keep)**
  - Benefits, 401K, payroll, travel, HR, etc.
- **State + Federal tax forms (we keep)**
  - Federal-front page
  - State-top portion
- **Medical History (send to Ruth)**
  - Front and back to the form, if they check yes for anything explain at the bottom
  - Make copies of 2 forms of id for I-9 while they are completing
- **Drug screen (they keep)**
  - Complete today before Medi-Center close
- **Non-Compete Agreement (we keep)**
  - Print full legal name on first page
  - Sign last page
- **Guidelines for Disclosure and for Trading the Company's Stock (we keep)**
  - They keep first three pages, sign last page that we keep
- **Employment Agreement (they keep)**
  - For them to read when they have time
- **Training Meetings Sheet (they keep)**
  - Salaried Orientation will be put on calendar by training department
  - Safety/GEMS Training
    - 11:55am Training Room B 58 Riley (if starting on Monday, go on Tuesday; if starting any other day, go the following Monday unless specified by manager)
- **New Hire Reporting Form (we keep)**
  - Complete top portion and bottom optional portion
- **Wellness Center Info Sheet (they keep)**
- **Cheat Sheet (they keep)**
  - The Loop, Lumen, Onsite Healthcare, etc.
- **Community Share (we keep)**
  - Explain what is, optional to donate weekly
- **Concur Expense Reimbursement (they keep)**
  - Attached relocation guidelines if approved in offer letter

(Send out meeting notices to manager a week prior to start date)

To be done the Friday before starting week:

1)  Onboard into Vantage
2)  Send email to Production Training, Centennial Reception, and Arena Ellis with Employee #, shift, job title, location, and manager and include when they will be attending Gems & Safety and what Salaried Orientation session they should attend
3)  Background checks


To be done after appointment:

1)  Enter tax information
2)  Complete I-9