# **EXHIBIT A3**



# Gentex Resource Guide

Welcome to Gentex! We are excited to have you join the team. As you settle into your role, we know you will have questions. This resource guide provides department contact information, introduces you to common communication channels, and details some of our commonly used programs to get you started.

## HR HELP DESK

Ext. 6000 | hr.helpdesk@gentex.com
We have a dedicated human resource help desk available to answer questions when you don't know who to contact.

## IT HELP DESK

Ext. 5000
If you are having any computer trouble, please call the information technology help desk. Someone is available around the clock to assist your IT needs.

## SPARK

www.gentex.mi.sharepoint.com
Spark is Gentex's intranet site based in Office 365. It contains department documentation and internal communication for all employees. You can search for certain topics to filter the information through hashtags such as "employee news," or perform a search for specific how-to information such as "I need to connect a printer."

## YAMMER

Stay connected to other employees through our internal social media site called Yammer. One of our most popular feeds is the Employee to Employee classifieds. We also have a Gentex to Employee classified feed where used business equipment is sold. Yammer is an app in Office 365.

## THE LOOP

The Loop is a weekly email to all Gentex employees. It includes company updates, department updates, awareness days, and a variety of Human Resource reminders. To reduce an overabundance of email, The Loop is the main communication vehicle to employees. It is emailed every Monday morning.

## GENTEX NETWORK NEWS (GNN)

The majority of the information provided in The Loop email is also displayed on the large TV screens set up in every facility. This is an additional method of communication to employees.

## MY WORKPLACE

myworkplace.gentex.com
This is the main home page for Gentex's Office 365 account. Here you can find a host of different vendors that partner with Gentex to provide benefits to our employees.


Human Resources


Benefits


Wellness


Facilities and People Maps


Corporate Requests


Employee Discounts


Gentex Apparel


Buying/Selling Stocks



Travel and Expenses


Medical Insurance

# Gentex Resource Guide

## How Do I...

### ORDER PRESCRIPTION SAFETY GLASSES?

Team members are eligible for a free pair of prescription safety glasses. Reach out to Daisy Kane, ext. 4784, for details on how to order a pair.

### PARTICIPATE IN THE GENTEX TUITION REIMBURSEMENT PLAN?

The Gentex Tuition Reimbursement Plan provides educational assistance to eligible full-time employees. To learn more about how to sign up for the program, contact Arena Ellis, ext. 4455.

### ENROLL IN THE GENTEX 401K PROGRAM?

401k elections are handled directly through Wells Fargo. To set up your account, visit www.wellsfargo.com or call 1-800-728-3123 (pin is the last 4 digits of your social security number.) Must be a Gentex team member for 60 days to participate.

### CONTRIBUTE TO COMMUNITY SHARE?

Community Share is Gentex's charitable fund program designed to allow employees to join together to serve the local West Michigan community. You can elect for payroll deduction, sign up for volunteer work, or take part in a fundraising campaign. To learn more about the program, contact communityshare@gentex.com.

## Work Perks  Others perks listed at benefits.gentex.com

### ON-SITE HEALTH CLINIC

Gentex provides an on-site health clinic for employees to utilize during the work week. Doctors and nurses from Lakeshore Health Partners staff are available for appointments or walk-in visits. Employees who are enrolled in Gentex's medical plan can visit the clinic free of charge for preventative services. The clinic does not handle on-the-job injuries. To schedule an appointment, call the main office at 616-772-7314.



### EMPLOYEE ASSISTANCE PROGRAM

Employees and their family members are eligible for free counseling through the Employee Assistance Center. This confidential program provides assistance with mental health issues, financial problems, legal concerns, or family counseling. Log on to eacworklife.com and enter Gentex as the username or call 1-800-227-0905.



### WELLNESS CENTER

Gentex offers a world-class, 10,000 square foot wellness center with state-of-the-art equipment to promote health and fitness. Employees can utilize cardio equipment, weightlifting machines, free weights, or join a group fitness class. The wellness center operates 7-days a week and is free of charge to employees.
**Hours of operation:** Monday – Friday 4 a.m. – 2 a.m. and weekends/holidays 6 a.m. – 10 p.m.

### AVENUE C

Several of our facilities host an Avenue C micro-market designed to provide hundreds of fresh food options. You must use your Gentex ID badge to create an account at an Avenue C kiosk to purchase items.

