# **EXHIBIT A4**

# GENTEX CORPORATION

October 14, 2019

**VIA CERTIFIED MAIL**

Katherine Smith Kennedy, Esq.
Pinsky, Smith, Fayette & Kennedy, LLP
146 Monroe Center St. NW, Ste, 805
Grand Rapids, MI 49503

**Re:** **Personnel File Request**

Dear Ms. Smith Kennedy:

In response to your request, enclosed you will find a copy of Elizabeth Helminski's personnel file. If you have additional questions, please do not hesitate to contact me at (616) 772-1590 Ext. 4123.

Regards,

Allison Guffey
Paralegal
Gentex Corporation

**Enclosures**

cc: Human Resources

600 N. CENTENNIAL STREET, ZEELAND, MI 49464
616.772.1800 | GENTEX.COM | GENTEXTECH.COM

## AUTHORIZATION TO RELEASE PERSONNEL RECORDS

I, Elizabeth Helminski, hereby authorize Gentex to release any and all documents, records, papers, correspondence, written communications, e-mails, memorandums, notes, and other items on which information has been recorded or stored, that is contained in my personnel records to my attorney:

> Katherine Smith Kennedy, Esq.
> Pinsky, Smith, Fayette & Kennedy, LLP
> 146 Monroe Center St NW, Suite 805
> Grand Rapids, MI  49503
> 616-451-8496
> kskennedy@psfklaw.com

Dated: October 9, 2019               _____
                                     ELIZABTH HELMINSKI



# Gentex Employment Understanding

The success of Gentex, like that of any other company, calls for teamwork on the part of everyone in the group. We do not like to burden people with a lot of formal rules and regulations; nevertheless, when a group of people work closely together, there have to be some guidelines for everyone to adhere to for the best interest of all. These are to be as follows:

1. I agree to abide by all company policies and regulations as shown in the team member handbook which I have received and been given the opportunity to read and understand.

2. I understand that this is not a contract for personal services and that I am not required to work for this company for any set period of time, nor is the company required to employ me for any set period of time. I realize that my future job security is directly related to my company's ability to compete and remain profitable along with other factors relating to my performance.

3. I understand I may have been hired while my work references are still being obtained, and I realize I may be terminated at any time should any reference be unfavorable or disclose discrepancies in facts submitted for employment.

4. I consent to the publication of my photograph in any company publication or advertising promotion, and release this company or its agents from any and all liability or the use of my picture or news story.

5. I understand that the Drug-Free Workplace Policy of Gentex Corporation establishes conditions under which I may be required to provide a breath, urine and/or blood sample for drug and/or alcohol testing. I authorize the testing laboratory to release my results and related medical information to the designated parties existing in the policy. The complete Drug-free Workplace Policy is available in Human Resources or on the Gentex Intranet.

6. I have received and been given the opportunity to read the policy on disclosure of material information, trading prohibitions and guidelines for trading the company stock – "Confidentiality and Preventing Unlawful Insider Trading." I understand that I am not able to disclose insider information about Gentex Corporation that has not been made public or use insider information for the purpose of buying or selling Gentex stock. The complete policy is available from your manager or Investor Relations.

7. I understand that if I feel I have been illegally discriminated against in my employment, my appeal should be submitted in writing to the Director of Human Resources within 14 days of the event causing the claim. I also understand that no request will be accepted later than six months from the event causing the claim. The complete Alternative Dispute Resolution Policy is available in Human Resources or on the Gentex Intranet.

8. I have received and been given the opportunity to read and understand the Confidentiality Policy. It is my responsibility to ensure that I comply with all the provisions of the policy and do not disclose any of Gentex Corporation's confidential business information and/or trade secrets to any entity or person outside of Gentex or use such information other than on Gentex's behalf.

9. I have received and been given the opportunity to read and understand the Acceptable Use Policy for Electronic Communication Equipment and the Internet. It is my responsibility to ensure that I comply with all provisions of the policy, and that the content of my messages are consistent with the guidelines set forth in this handbook and with the law. Electronic mail, web pages, links or other similar electronic communications should be deleted upon the conclusion of the business purpose for which they were intended.

10. I have received and been given the opportunity to read and understand the Code of Business Conduct and Ethics policy. It is my responsibility to ensure that I comply with all provisions of the policy, which include compliance with laws, rules, regulations and Company policies, conflicts of interest, insider trading, corporate opportunities, competition and fair dealing, discrimination and harassment, record-keeping, confidentiality, protection and proper use of Company assets, payments to government personnel and reporting any illegal or unethical behavior. I agree to abide by all company policies and regulations as shown in the team member handbook which I have received and been given the opportunity to read and understand.

I have read the above conditions of employment. I fully understand them, and I agree to follow them or I will be subject to discipline and/or termination. I understand that by signing this, it is not a contract for personal services and that either I or the Company may terminate my employment at any time, without notice, and without cause. I understand that this condition of employment may only be changed by the Chairman/CEO of Gentex, and then only by signed, written employment contract specifically with me.

Employee Name (please print): Elizabeth Helminski

Employee signature: [signed]

Date: 01·02·2019          Employee number: 41358

Witness: Katie Hernandez