# EXHIBIT B-2

*Time Off Requests*

| Time Off | Date | Day of the Week | Type | Requested | Unit of Time | Comment |
|---|---|---|---|---|---|---|
| Time Off Request: Elizabeth Helminski (Terminated) | 11/1/2019 | Friday | Vacation | 8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 8/9/2019 | Friday | Vacation | 8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 8/8/2019 | Thursday | Vacation | 4 | Hours | PTO in afternoon |
| Time Off Request: Elizabeth Helminski (Terminated) | 8/8/2019 | Thursday | Vacation | 8 | Hours | |
| Time Off Correction: Elizabeth Helminski (Terminated) | 8/8/2019 | Thursday | Vacation | -8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 8/5/2019 | Monday | Vacation | 8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 7/19/2019 | Friday | Vacation | 8 | Hours | |
| Time Off Correction: Elizabeth Helminski (Terminated) | 7/19/2019 | Friday | Vacation | -8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 7/18/2019 | Thursday | Vacation | 8 | Hours | |
| Time Off Correction: Elizabeth Helminski (Terminated) | 7/18/2019 | Thursday | Vacation | -8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 7/3/2019 | Wednesday | Vacation | 8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 7/2/2019 | Tuesday | Vacation | 8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 7/1/2019 | Monday | Vacation | 8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 5/10/2019 | Friday | Vacation | 8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 5/9/2019 | Thursday | Vacation | 8 | Hours | |
| Time Off Correction: Elizabeth Helminski (Terminated) | 4/26/2019 | Friday | Vacation | -8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 4/26/2019 | Friday | Vacation | 8 | Hours | |
| Time Off Correction: Elizabeth Helminski (Terminated) | 4/25/2019 | Thursday | Vacation | -8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 4/25/2019 | Thursday | Vacation | 8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 4/18/2019 | Thursday | Sick | 8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 4/17/2019 | Wednesday | Sick | 8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 4/16/2019 | Tuesday | Sick | 8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 4/15/2019 | Monday | Sick | 8 | Hours | |
| Time Off Request: Elizabeth Helminski (Terminated) | 4/12/2019 | Friday | Sick | 8 | Hours | |