# EXHIBIT B-3

Results

an Access

Starting Group ▼ | Group | List Settings | Create/Manage Queries ▼

ere

| | Begins With | | Helminski | AND |
|---|---|---|---|---|
| | | | Go | |

| Report Name | Submit Date | Employee Name | Approval Status | Report Total | Receipt Status | Cash Advance ... | Payment Status |
|---|---|---|---|---|---|---|---|
| Final report | 10/08/2019 | Helminski, Elizabeth A. | Approved | $66.31 | Received / Not ... | | Extracted for Paym |

de: FOREIGN, Level: 51; If you traveled to Germany, please send original receipts to Accounts Payable.

| Report Name | Submit Date | Employee Name | Approval Status | Report Total | Receipt Status | Cash Advance ... | Payment Status |
|---|---|---|---|---|---|---|---|
| WIP Conference Registration | 09/15/2019 | Helminski, Elizabeth A. | Approved | $599.00 | Received / Not ... | | Extracted for Paym |
| September Expenses | 09/09/2019 | Helminski, Elizabeth A. | Approved | $185.46 | Received / Not ... | | Extracted for Paym |
| Personal Expenses | 09/09/2019 | Helminski, Elizabeth A. | Approved | $11.83 | Not Required | | Extracted for Paym |

de: NOLMTAPR, Level: 51; This report has gone through all approvals without being dollar limit approved. Please review and add additional approver if required.

| July Expenses | 08/06/2019 | Helminski, Elizabeth A. | Approved | $3,191.47 | Received / Not ... | | Extracted for Paym |

de: NOLMTAPR, Level: 51; This report has gone through all approvals without being dollar limit approved. Please review and add additional approver if required.
is report has one or more entry level exceptions.

| April 2019 Expenses | 05/13/2019 | Helminski, Elizabeth A. | Approved | $966.63 | Received / Not ... | | Extracted for Paym |
| March 2019 Expenses | 04/03/2019 | Helminski, Elizabeth A. | Approved | $1,615.74 | Received / Not ... | | Extracted for Paym |

de: MISSAFFA, Level: 1; One or more of the expenses on this report contains the Missing Receipt Affidavit

| App Development Devices | 04/03/2019 | Helminski, Elizabeth A. | Approved | $1,972.86 | Received / Not ... | | Extracted for Paym |
| February 2019 Expenses | 03/06/2019 | Helminski, Elizabeth A. | Approved | $3,669.27 | Received / Not ... | | Extracted for Paym |

de: FOREIGN, Level: 51; If you traveled to Germany, please send original receipts to Accounts Payable.
de: MISSAFFA, Level: 1; One or more of the expenses on this report contains the Missing Receipt Affidavit
is report has one or more entry level exceptions.