# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ELIZABETH HELMINSKI,

    Plaintiff,

v

GENTEX CORPORATION, BRIAN
BRACKENBURY, personally and
individually,

    Defendants.

Case No. 1:21-cv-000340

HON. JANET T. NEFF

---

| | |
|---|---|
| Katherine Smith Kennedy (P54881)<br>PINSKY, SMITH, FAYETTE & KENNEDY<br>146 Monroe Ave., NW, Ste. 805<br>Grand Rapids, Michigan 49503<br>616.451.8496<br>kskennedy@psfklaw.com<br>*Attorneys for Plaintiff* | Amanda M. Fielder (P70180)<br>Allyson R. Terpsma (P78553)<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Ave., NW, Ste. 1500<br>Grand Rapids, Michigan 49503<br>616.752.2404<br>afielder@wnj.com<br>aterpsma@wnj.com<br>*Attorneys for Defendant Gentex Corporation*<br><br>Mary L. Tabin (P58910)<br>Matthew M. O'Rourke (P79019)<br>MILLER JOHNSON PLC<br>45 Ottawa Ave., SW, Ste. 1100<br>Grand Rapids, MI 49501-0306<br>616.831.1753<br>tabinm@millerjohnson.com<br>orourkem@millerjohnson.com<br>*Attorneys for Defendant Brian Brackenbury* |

---

**JOINT STATEMENT OF MATERIAL FACTS REGARDING
DEFENDANTS' MOTION TO COMPEL ARBITRATION
AND DISMISS PLAINTIFF'S COMPLIANT**

Plaintiff Elizabeth Helminski ("**Helminski**") and Defendants Gentex Corporation ("**Gentex**") and Brian Brackenbury ("**Brackenbury**") submit this joint statement of material facts regarding Defendants' Motion to Compel Arbitration and Dismiss Plaintiff's Complaint.

1. Gentex hired Helminski as a Senior Product Design Engineer on January 2, 2019.

2. Helminski reported to Brackenbury during her employment with Gentex.

3. On January 3, 2019, Human Resources Coordinator Katie Roche (then Katie Hernandez) met with Helminski in a conference room near the Human Resources area.

4. During that meeting, Roche provided Helminski a folder of onboarding documents, including Gentex's employee acknowledgment document ("**Acknowledgment**").

5. Helminski used vacation and sick time during her employment with Gentex.

6. Helminski submitted business expenses for reimbursement during her employment with Gentex.

7. Helminski's employment with Gentex ended on September 30, 2019.

8. After Helminski's employment ended, her counsel requested, and was provided on October 14, 2019, her personnel file. Helminski's personnel file contained her signed Acknowledgment.

Dated:  November 23, 2021          /s/ Katherine Smith Kennedy
                                   Katherine Smith Kennedy (P54881)
                                   PINSKY, SMITH, FAYETTE & KENNEDY
                                   146 Monroe Ave., NW, Ste. 805
                                   Grand Rapids, Michigan 49503
                                   616.451.8496
                                   kskennedy@psfklaw.com
                                   *Attorneys for Plaintiff*

Dated:  November 23, 2021          /s/ Allyson R. Terpsma
                                   Amanda M. Fielder (P70180)
                                   Allyson R. Terpsma (P78553)

2

|  |  |
|---|---|
|  | WARNER NORCROSS + JUDD LLP<br>150 Ottawa Ave., NW, Ste. 1500<br>Grand Rapids, Michigan 49503<br>616.752.2404<br>afielder@wnj.com<br>aterpsma@wnj.com<br>*Attorneys for Defendant Gentex Corporation* |
| Dated:  November 23, 2021 | */s/ Mary L. Tabin*<br>Mary L. Tabin (P58910)<br>Matthew M. O'Rourke (P79019)<br>MILLER JOHNSON PLC<br>45 Ottawa Ave., SW, Ste. 1100<br>Grand Rapids, MI 49501-0306<br>616.831.1753<br>tabinm@millerjohnson.com<br>orourkem@millerjohnson.com<br>*Attorneys for Defendant Brian Brackenbury* |