## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---

Elizabeth Helminski,

    Plaintiff,

v.

**GENTEX CORPORATION,**
**BRIAN BRACKENBURY**,
personally and individually,

    Defendants.

File No. 1:21-cv-00340

Hon.  Janet T. Neff

---

Katherine Smith Kennedy
PINSKY SMITH FAYETTE & KENNEDY
146 Monroe Avenue, NW – Suite 805
Grand Rapids, MI 49503
616.451-8496
kskennedy@psflaw.com
*Attorney for Plaintiff*

Amanda M. Fielder
Allyson R. Terpsma
WARNER NORCROSS & JUDD LLP
150 Ottawa Ave., NW, Suite 1500
Grand Rapids, MI 49503
616.752.2404
afielder@wnj.com
aterpsma@wnj.com
*Attorneys for Defendant Gentex*

Mary L. Tabin
Matthew M. O'Rouke
MILLER JOHNSON PLC
45 Ottawa Ave., SW, Suite 1100
P.O. Box 306
Grand Rapids, M I49501-0306
tabinm@millerjohnson.com
orourkem@millerjohnson.com
*Attorneys for Defendant Brackenbury*

---

# PROOF OF SERVICE

---

    Erika S. Dech, Legal Assistant at Pinsky, Smith, Fayette & Kennedy LLP, states that on February 15, 2022, she served **PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PORDUCTION OF DOCUMENTS TO DEFENDANTS** upon Amanda Fielder and Allyson R. Terpsma of Warner Norcross & Judd, 150 Ottawa Ave, NW – Suite 1500, Grand Rapids, MI 49503 via email only

at afielder@wnj.com and aterpsma@wnj.com and Mary L. Tabin of Miller Johnson PLC, 45 Ottawa Ave, SW, Suite 1100, Grand Rapids, MI 49503 at tabinm@millerjohnson.com via email only.

I declare that this Proof of Service has been examined by me and that the contents thereof are true to the best of my information, knowledge, and belief.

/s/ Erika S. Dech
Erika S. Dech