UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

Elizabeth Helminski,                             File No. 1:21-cv-00340

    Plaintiff,                                   Hon.  Janet T. Neff

v.

**GENTEX CORPORATION,**
**BRIAN BRACKENBURY**,
personally and individually,

    Defendants.

---

| | |
|---|---|
| Katherine Smith Kennedy<br>PINSKY SMITH FAYETTE & KENNEDY<br>146 Monroe Avenue, NW – Suite 805<br>Grand Rapids, MI 49503<br>616.451-8496<br>kskennedy@psflaw.com<br>**Attorney for Plaintiff** | Amanda M. Fielder<br>Allyson R. Terpsma<br>WARNER NORCROSS & JUDD LLP<br>150 Ottawa Ave., NW, Suite 1500<br>Grand Rapids, MI 49503<br>616.752.2404<br>afielder@wnj.com<br>aterpsma@wnj.com<br>**Attorneys for Defendant Gentex**<br><br>Mary L. Tabin<br>Matthew M. O'Rouke<br>MILLER JOHNSON PLC<br>45 Ottawa Ave., SW, Suite 1100<br>P.O. Box 306<br>Grand Rapids, MI 49501-0306<br>tabinm@millerjohnson.com<br>orourkem@millerjohnson.com<br>**Attorneys for Defendant Brackenbury** |

---

## STIPULATION AND ORDER OF DISMISSAL

---

    The parties, by their respective attorneys, hereby stipulate to dismiss this case with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

                                      PINSKY, SMITH, FAYETTE & KENNEDY, LLP
                                      Attorneys for Plaintiff

Dated: June 3, 2022                By:  /s/ Katherine Smith Kennedy
                                             Katherine Smith Kennedy
                                             146 Monroe Center, NW, Suite 418
                                             Grand Rapids, MI 49503
                                             (616) 451-8496


                                    WARNER, NORCROSS & JUDD LLP
                                    Attorneys for Defendant Gentex

Dated: June 7, 2022                By:  /s/ Amanda M. Fielder (with permission)
                                            Amanda M. Fielder
                                           150 Ottawa Ave, NW – Suite 1500
                                           1500 Warner Building
                                           Grand Rapids, MI 49503
                                           (616) 752-2404

                                    MILLER JOHNSON, PLC
                                    Attorneys for Defendant Brackenbury

Dated: June 7, 2022                By:  /s/ Mary L. Tabin (with permission)
                                            Mary L. Tabin
                                           45 Ottawa Ave, SW – Suite 1100
                                           P.O. Box 306
                                           Grand Rapids, MI 49501-0306


# ORDER

**IT IS SO ORDERED**.


Dated: June __, 2022                By:_____
                                             Janet T. Neff
                                             United States District Judge