UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

Elizabeth Helminski,                                  File No. 1:21-cv-00340

    Plaintiff,                                    Hon.  Janet T. Neff

v.

**GENTEX CORPORATION,**
**BRIAN BRACKENBURY**,
personally and individually,

    Defendants.

---

| | |
|---|---|
| Katherine Smith Kennedy<br>PINSKY SMITH FAYETTE & KENNEDY<br>146 Monroe Avenue, NW – Suite 805<br>Grand Rapids, MI 49503<br>616.451-8496<br>kskennedy@psflaw.com<br>*Attorney for Plaintiff* | Amanda M. Fielder<br>Allyson R. Terpsma<br>WARNER NORCROSS & JUDD LLP<br>150 Ottawa Ave., NW, Suite 1500<br>Grand Rapids, MI 49503<br>616.752.2404<br>afielder@wnj.com<br>aterpsma@wnj.com<br>*Attorneys for Defendant Gentex*<br><br>Mary L. Tabin<br>Matthew M. O'Rouke<br>MILLER JOHNSON PLC<br>45 Ottawa Ave., SW, Suite 1100<br>P.O. Box 306<br>Grand Rapids, MI 49501-0306<br>tabinm@millerjohnson.com<br>orourkem@millerjohnson.com<br>*Attorneys for Defendant Brackenbury* |

---

# STIPULATION AND ORDER OF DISMISSAL

---

The parties, by their respective attorneys, hereby stipulate to dismiss this case with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

                                PINSKY, SMITH, FAYETTE & KENNEDY, LLP
                                Attorneys for Plaintiff

Dated: June 3, 2022          By:  /s/ Katherine Smith Kennedy
                                       Katherine Smith Kennedy
                                       146 Monroe Center, NW, Suite 418
                                       Grand Rapids, MI 49503
                                       (616) 451-8496


                                WARNER, NORCROSS & JUDD LLP
                                Attorneys for Defendant Gentex

Dated: June 7, 2022          By:  /s/ Amanda M. Fielder (with permission)
                                       Amanda M. Fielder
                                       150 Ottawa Ave, NW – Suite 1500
                                       1500 Warner Building
                                       Grand Rapids, MI 49503
                                       (616) 752-2404

                                MILLER JOHNSON, PLC
                                Attorneys for Defendant Brackenbury

Dated: June 7, 2022          By:  /s/ Mary L. Tabin (with permission)
                                       Mary L. Tabin
                                     45 Ottawa Ave, SW – Suite 1100
                                     P.O. Box 306
                                     Grand Rapids, MI 49501-0306


# **ORDER**

**IT IS SO ORDERED**.

Dated: June 8, 2022          By: /s/ Janet T. Neff
                                      Janet T. Neff
                                      United States District Judge